CLOSED, CV

**U.S. District Court**
**U.S.District Court Minnesota (DMN)**
**CIVIL DOCKET FOR CASE #: 0:07-cv-04952-DWF-SRN**
**Internal Use Only**

Permann v. Davol, Inc. et al
Assigned to: Judge Donovan W. Frank
Referred to: Magistrate Judge Susan R. Nelson
Demand: $75,000
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 12/28/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Ruth E Permann** represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A true printed copy in 2 sheet(s) of the electronic record filed on 2/14/08 in the United States District Court for the District of Minnesota.
CERTIFIED, 2 Feb, 2008.
RICHARD D. SLETTEN
BY: Debbie Hoffman
Deputy Clerk

SCANNED
FEB 14 2008
U.S. DISTRICT COURT ST. PAUL

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 40018551.) assigned to Judge Donovan W Frank per Master List referred to Magistrate Judge Susan R Nelson., filed by Ruth E Permann. (Attachments: # 1 Civil Cover Sheet) (jdf) Modified text on 12/28/2007 (jdf). (Entered: 12/28/2007) |
| 12/28/2007 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jdf) (Entered: 12/28/2007) |
| 12/28/2007 | | (Court only) *** Copy of complaint sent to the MDL Panel (jdf) |

| | | |
|---|---|---|
| | | (Entered: 12/28/2007) |
| 02/07/2008 | 2 | WAIVER OF SERVICE Returned Executed filed by Ruth E Permann. Davol, Inc. waiver sent on 12/31/2007, answer due 2/29/2008; C.R. Bard, Inc. waiver sent on 12/31/2007, answer due 2/29/2008. (Attachments: # 1 Certificate of Service)(Johnson, Charles) (Entered: 02/07/2008) |
| 02/13/2008 | 3 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO - 13) transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (dch) (Entered: 02/14/2008) |
| 02/14/2008 | 4 | NOTICE. Case has been transferred via email to the District of Rhode Island pursuant to CTO 13. (dch) (Entered: 02/14/2008) |